<table>
<tr><td>1</td><td colspan="2">D. Gregory Valenza (State Bar #161250)<br>Shane K. Anderies (State Bar #215415)</td></tr>
<tr><td>2</td><td colspan="2">JACKSON LEWIS LLP<br>199 Fremont Street, 10th Floor</td></tr>
<tr><td>3</td><td colspan="2">San Francisco, California 94105<br>Telephone: (415) 394-9400</td></tr>
<tr><td>4</td><td colspan="2">Facsimile: (415) 394-9401</td></tr>
<tr><td>5</td><td colspan="2">Attorneys for Defendants GOOD GUYS, INC. and<br>COMPUSA MANAGEMENT COMPANY</td></tr>
<tr><td>6</td><td colspan="2"></td></tr>
<tr><td>7</td><td colspan="2"></td></tr>
<tr><td>8</td><td colspan="2" style="text-align:center">UNITED STATES DISTRICT COURT</td></tr>
<tr><td>9</td><td colspan="2" style="text-align:center">NORTHERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>10</td><td>JOHN LUJON, an individual,</td><td>Case No. C 05-04756 JSW</td></tr>
<tr><td>11</td><td>Plaintiff,</td><td><b>STIPULATION TO REMAND CASE</b></td></tr>
<tr><td>12</td><td>v.</td><td><b>TO THE SUPERIOR COURT OF<br>CALIFORNIA FOR THE COUNTY OF<br>ALAMEDA; PROPOSED ORDER</b></td></tr>
<tr><td>13</td><td>GOOD GUYS, INC., a corporation,<br>COMPUSA MANAGEMENT COMPANY,</td><td></td></tr>
<tr><td>14</td><td>a corporation, and DOES 1 through 50,<br>inclusive,</td><td></td></tr>
<tr><td>15</td><td></td><td></td></tr>
<tr><td>16</td><td>Defendants.</td><td></td></tr>
</table>

17    The parties hereto, by their undersigned counsel, stipulate as follows:

18    1.    On November 18, 2005, Defendants GOOD GUYS, INC. and COMPUSA

19  MANAGEMENT COMPANY ("Defendants") removed to this Court the action commenced by

20  Plaintiff on October 5, 2005 in the Superior Court of the State of California for the County of

21  Alameda, entitled JOHN LUJON, an individual, Plaintiff, v. GOOD GUYS, INC., a corporation,

22  COMPUSA MANAGEMENT COMPANY, a corporation, and DOES 1 through 50, inclusive,

23  Defendants. Defendants' Notice of Removal alleged this Court had original jurisdiction of this

24  civil action under 28 U.S.C. § 1332, and is one which may be removed to the Court by

25  Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action in which

26  the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is

27  between citizens of different states.

28

1

<b>STIPULATION TO REMAND; PROPOSED ORDER</b>

1     2.    Plaintiff contends removal was improper, which Defendants deny. However, to

2 save the parties and the Court the time and expense of adjudicating a motion for remand,

3 discovery regarding removal, and amendment of the pleadings, the parties hereby agree and

4 stipulate that this case should be remanded to the Superior Court of the State of California, for the

5 County of Alameda, for further proceedings on the following conditions:

6

7     (a)    No Defendant represented by Jackson Lewis LLP, whether currently named as a

8 defendant or not, will seek to remove this action again to federal court unless Plaintiff amends his

9 Complaint to add a federal question.

10     (b)    Within one day of the Court's Order granting this Stipulation, Defendants will

11 disclose to Plaintiff the name and principal place of business of the proper local defendant, as

12 well as, the entity that was Plaintiff's employer.

13

14     (c)    Plaintiff agrees not to name either Ross Hayden or any manager at any Good Guys

15 location at which Plaintiff worked as a defendant.

16

17 Dated: December 9, 2005              JACKSON LEWIS LLP

18

19                          By: _____

20                          D. Gregory Valenza
                           Shane K. Anderies

21                          Attorneys for Defendants
                         GOOD GUYS, INC. and COMPUSA

22                          MANAGEMENT COMPANY

23

24 Dated: December 9, 2005              DONFELD, KELLEY & ROLLMAN

25

26                          By: _____
                         Amy Semmel

27                          Paul M. Kelley
                         Attorneys for Plaintiff

28                          JOHN LUJON

2

**STIPULATION TO REMAND; PROPOSED ORDER**

1                                      **ORDER**

2         Pursuant to stipulation and good cause appearing, IT IS SO ORDERED. The clerk is

3 directed to send a certified copy of this Order to the Clerk of the Superior Court of California for

4 the County of Alameda.

5

6 Dated: December 13, 2005                 _Jeffrey S White_

                                         District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO REMAND; PROPOSED ORDER